# EXHIBIT A

**US 8,320,820**
**Claim 15**

A system supporting the communications of video and data to hand held wireless devices located throughout a public venue,

For example, the Ruckus Access Points allow handheld wireless devices to receive video and data at a public Venue.



| | |
|---|---|
| comprising more than one self-contained pod including wireless communications electronics and an integrated antennae operating as a wireless access point deployed as a matrix of communications nodes throughout the public venue to provide enhanced wireless communications capacity throughout the sports and entertainment venue and | For example, the 4 Ruckus Access Points illustrated as the white circles in the picture below, are pods that transmit WIFI to handheld wireless devices at a public Venue. |



https://videohub.commscope.com/watch/NJcnUZWEpA5L54ZjgJctM4   2:59 of video

to support bi-directional communication of the hand held wireless communication device used by spectators located throughout the sports and entertainment venue and

For example, spectators can upload videos and pictures with their handheld devices, supported with Ruckus bi-directional communication.



https://videohub.commscope.com/watch/NJcnUZWEpA5L54ZjgJctM4  0:59 of video

