# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ARENA IP, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 2:22-cv-00332-JRG |
| v. | ) | |
| | ) | |
| COMMSCOPE, INC. OF NORTH, | ) | JURY TRIAL DEMANDED |
| CAROLINA, | ) | |
|     Defendant. | ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Arena IP LLC (hereinafter "Arena") and defendant **COMMSCOPE**, Inc. of North Carolina (hereinafter "**COMMSCOPE**"), pursuant to Fed. R. Civ. P. 41, hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: February 15, 2023

                                        Respectfully submitted,

                                        **Ramey LLP**

                                        */s/ William P. Ramey, III*
                                        William P. Ramey, III
                                        Texas State Bar No. 24027643
                                        5020 Montrose Blvd., Suite 800
                                        Houston, Texas 77006
                                        (713) 426-3923 (telephone)
                                        (832) 900-4941 (fax)
                                        wramey@rameyfirm.com

                                        ***Attorneys for Arena IP, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that February 15, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/William P. Ramey, III*
William P. Ramey, III
